UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN P. DASH III,<br><br>                              Plaintiff,<br><br>        -against-<br><br>ENHANCED RECOVERY COMPANY LLC,<br><br>                              Defendant. | 22 Civ. 3485 (ER)<br><br>ORDER OF SERVICE |

EDGARDO RAMOS, United States District Judge:

Plaintiff, who is proceeding *pro se*, paid the fees to commence this action.

The Clerk of Court is respectfully directed to issue a summons as to Defendant Enhanced Recovery Company LLC ("ERC").  Plaintiff is directed to serve the summons and complaint on ERC within 90 days of the issuance of the summons.  If within those 90 days, Plaintiff has not either served ERC or requested an extension of time to do so, the Court may dismiss the claims against ERC under Rules 4 and 41 of the Federal Rules of Civil Procedure for failure to prosecute.

SO ORDERED.

Date:   May 6, 2022
        New York, New York

                                                                        _____
                                                                        EDGARDO RAMOS
                                                                        United States District Judge